

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  |  |  |
|---|---|---|
| EX PARTE: LOUIE CARBAJAL, | § | No. 08-19-00238-CR |
|  | § |  |
| Appellant. | § | Appeal from the |
|  | § | 346th District Court |
|  | § | of El Paso County, Texas |
|  | § | (TC# 2019DCV2075) |
|  | § |  |

**O R D E R**

The Court GRANTS the Appellant's third motion for extension of time within which to file the brief until **February 22, 2020**.  NO FURTHER MOTIONS FOR EXTENSION OF TIME TO FILE THE APPELLANT'S BRIEF WILL BE CONSIDERED BY THIS COURT.

It is further ORDERED that the Hon. Michael R. Gibson, the Appellant's attorney, prepare the Appellant's brief and forward the same to this Court on or before February 22, 2020.

IT IS SO ORDERED this 21st day of January, 2020.

PER CURIAM

Before Alley, C.J., Rodriguez and Palafox, JJ.
(Rodriguez, J., not participating)